| | |
|---|---|
| 1 | MINAMI TAMAKI LLP |
| | JACK W. LEE, State Bar No.71626 |
| 2 | KEVIN R. ALLEN, State Bar No. 237994 |
| | GLICEL E. SUMAGAYSAY, State Bar No. 263273 |
| 3 | 360 Post Street, 8th Floor |
| | San Francisco, California  94108 |
| 4 | Telephone:   415.788.9000 |
| | Facsimile:    415.398.3887 |
| 5 | Email:         JLee@MinamiTamaki.com |
| | KAllen@MinamiTamaki.com |
| 6 | GSumagaysay@MinamiTamaki.com |
| 7 | Attorneys for Plaintiff |
| | FADI SABA |
| 8 | |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
| | ERIC MECKLEY, State Bar No. 168181 |
| | ALISON B. WILLARD, State Bar No. 268672 |
| 10 | One Market, Spear Street Tower |
| | San Francisco, California  94105-1126 |
| 11 | Telephone:   415.442.1000 |
| | Facsimile:    415.442.1001 |
| 12 | E-mail:       emeckley@morganlewis.com |
| | awillard@morganlewis.com |
| 13 | |
| | Attorneys for Defendant |
| 14 | UNISYS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SABA, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNISYS CORPORATION, a Delaware corporation, and DOES 1 through 50,<br><br>                    Defendants. | Case No. CV 12 2578 JSW<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**FRCP Rule 41(a)(1)(A)(ii)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23625767.2

CASE NO. CV 12 2578 JSW

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fadi Saba ("Plaintiff" or "Saba") and Defendant Unisys Corporation ("Defendant" or "Unisys") submit this Joint Stipulation of Dismissal and [Proposed] Order.

WHEREAS, Saba is and was employed by Defendant Unisys.

WHEREAS, on April 19, 2012, Saba filed an alleged putative class and representative action complaint against Defendant. Saba asserted claims against Unisys for alleged failure to reimburse business expenses under Labor Code 2802 and violation of California Business & Professions Code §§ 17200, *et seq.* In addition to his individual claims, Saba sought to maintain such claims on a class action and representative action basis, including the pursuit of penalties under Labor Code §§ 2698, *et seq.* (the Private Attorneys General Act or "PAGA"). Saba also sought to recover attorneys' fees and costs in the civil action.

WHEREAS, the Parties have executed a written Settlement Agreement, pursuant to which Saba has agreed to release and waive any and all claims existing against Unisys through the date of execution of such Settlement Agreement and to dismiss this entire civil lawsuit, with prejudice as to his individual claims and without prejudice as to the alleged class action claims.

WHEREAS, Saba has not moved for class certification, a class has not been certified by the Court, the Settlement Agreement binds only the individual plaintiff Saba, and the Settlement Agreement does not resolve the claims, issues, or defenses of a certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a *certified* class") (emphasis added); *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)* ("The new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by . . . voluntary dismissal.") (emphasis added).

For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal with prejudice of Saba's

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. CV 12 2578 JSW

DB2/23625767.2

individual claims and the dismissal without prejudice of the alleged class action claims and request that the Court terminate all proceedings in this action.

The Parties shall bear their own costs and fees associated with this action and the dismissal.

IT IS SO STIPULATED.

January 7, 2013 ~~December 7, 2012~~

MINAMI TAMAKI LLP

By: _____
Kevin R. Allen
Attorneys for Plaintiff
FADI SABA

January 14, 2013 ~~December ___, 2012~~

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY
ALISON B. WILLARD

By: _____
Eric Meckley
Attorneys for Defendant
UNISYS CORPORATION

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**

This action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii). Plaintiff Saba's individual claims are dismissed with prejudice, and the claims of the putative class members are dismissed without prejudice. Saba has not moved for class certification, a class has not been certified by the Court, the Settlement Agreement binds only the individual plaintiff Saba, and the Settlement Agreement does not resolve the claims, issues, or defenses of a certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e); *see also Advisory Committee Notes*

on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1). The Court hereby terminates all proceedings in this action. The Parties shall bear their own costs and fees associated with this action and the dismissal.

Dated: January 15, 2013

_____
Jeffrey S. White
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23625767.2

3

CASE NO. CV 12 2578 JSW

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER