UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SABA,<br><br>   Plaintiff,<br><br> v.<br><br>UNISYS CORPORATION,<br><br>   Defendant. | Case No. 12-cv-02578-JSW<br><br>**ORDER CONDITIONALLY GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING AND NOTICE TO PLAINTIFF'S COUNSEL JACK WING LEE, KEVIN ROBERT ALLEN, AND GLICEL E. SUMAGAYSAY**<br><br>Re: Dkt. No. 47 |

Plaintiff Fadi Saba moves for permission for electronic case filing. This application raises two concerns.

First, this case was dismissed on January 15, 2013, and the file has been closed. Nothing is pending in this case, and the time has passed for certain types of motions for relief from the Court's final order to be filed. *See, e.g.*, Fed. R. Civ. P. 60(c)(1).

Second, Plaintiff is represented by three attorneys in this action, none of whom has withdrawn as counsel. Because Plaintiff is represented by counsel, only counsel may file motions. Counsel Jack Wing Lee, Esq., Kevin Robert Allen, Esq., and Glicel E. Sumagaysay, Esq., are notified that if they no longer represent Plaintiff in this action, they must promptly move to withdraw. *See* N.D. Cal. Civil L.R. 5-1(c)(2), 11-5.

Nonetheless, the Court CONDITIONALLY GRANTS Plaintiff's motion for permission for electronic case filing, in order to expedite any filing that Plaintiff may be attempting to submit. Plaintiff is warned that abuse of the electronic filing privilege and/or the repeated filing of documents that are not cognizable may result in the electronic filing privilege being revoked without advance notice.

1    The Court advises Plaintiff that the Court has a guide for pro se litigants called
2    *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which is available
3    online at http://cand.uscourts.gov/prosehandbook or in hard copy, free of charge, from the Clerk's
4    Office.
5    Also, Plaintiff may make an appointment to speak with an attorney at the Legal Help
6    Center, free of charge.  The Legal Help Center may be able to provide basic legal assistance, but
7    not representation.  Plaintiff may call the Legal Help Center at (415) 782-8982 to schedule an
8    appointment.  Plaintiff also may sign up in advance for an appointment on the 15th Floor of the
9    San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room
10   470S.  The Legal Help Center does not accommodate drop-ins.
11   **IT IS SO ORDERED.**
12   Dated: August 4, 2016

_____
JEFFREY S. WHITE
United States District Judge