MINAMI TAMAKI LLP
JACK W. LEE, State Bar No.71626
360 Post Street, 8th Floor
San Francisco, California 94108
Telephone:  415.788.9000
Facsimile:   415.398.3887
Email:        JLee@MinamiTamaki.com

Attorneys for Plaintiff
FADI SABA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SABA, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION, a Delaware corporation, and DOES 1 through 50,<br><br>　　　　　　　　　Defendants. | Case No. CV 12 2578 JSW<br><br>**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL AND [PROPOSED] ORDER**<br><br><br>Court:　Courtroom 11, 19th Floor<br>Judge:　Hon. Jeffrey S. White |

　　　　Pursuant to Northern District of California Civil Local Rule 5-1(c)(2) and 11-5, Plaintiff's counsel respectfully moves to withdraw immediately from this case. This case was dismissed on January 15, 2013 as the parties executed a written Settlement Agreement. Attached hereto as Exhibit A is a copy of the Joint Stipulation of Dismissal and Order. Our firm no longer represents

1 | Fadi Saba and is not aware of any pending issues in this case. Minami Tamaki LLP moves to
2 | withdraw from this case.

3 | Dated: August 5, 2016                                    Respectfully submitted,

4 |                                                          **MINAMI TAMAKI LLP**

6 |                                         By:   /s/ Jack W. Lee
7 |                                                 JACK W. LEE
                                                   Attorneys for Plaintiff
8 |                                                 FADI SABA

9 | **IT IS SO ORDERED:**

11 | Dated: August 8, 2016

13 |                                                 JEFFREY S. WHITE
                                                   United States District Judge

# EXHIBIT A

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel: (415) 788-9000
Fax (415) 398-3887

MINAMI TAMAKI LLP
JACK W. LEE, State Bar No. 71626
KEVIN R. ALLEN, State Bar No. 237994
GLICEL E. SUMAGAYSAY, State Bar No. 263273
360 Post Street, 8th Floor
San Francisco, California 94108
Telephone: 415.788.9000
Facsimile: 415.398.3887
Email:   JLee@MinamiTamaki.com
         KAllen@MinamiTamaki.com
         GSumagaysay@MinamiTamaki.com

Attorneys for Plaintiff
FADI SABA

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
ALISON B. WILLARD, State Bar No. 268672
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail:  emeckley@morganlewis.com
         awillard@morganlewis.com

Attorneys for Defendant
UNISYS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADI SABA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION, a Delaware corporation, and DOES 1 through 50,<br><br>Defendants. | Case No. CV 12 2578 JSW<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>FRCP Rule 41(a)(1)(A)(ii) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23625767.2        JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        CASE NO. CV 12 2578 JSW

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fadi Saba ("Plaintiff" or "Saba") and Defendant Unisys Corporation ("Defendant" or "Unisys") submit this Joint Stipulation of Dismissal and [Proposed] Order.

WHEREAS, Saba is and was employed by Defendant Unisys.

WHEREAS, on April 19, 2012, Saba filed an alleged putative class and representative action complaint against Defendant. Saba asserted claims against Unisys for alleged failure to reimburse business expenses under Labor Code 2802 and violation of California Business & Professions Code §§ 17200, *et seq*. In addition to his individual claims, Saba sought to maintain such claims on a class action and representative action basis, including the pursuit of penalties under Labor Code §§ 2698, *et seq*. (the Private Attorneys General Act or "PAGA"). Saba also sought to recover attorneys' fees and costs in the civil action.

WHEREAS, the Parties have executed a written Settlement Agreement, pursuant to which Saba has agreed to release and waive any and all claims existing against Unisys through the date of execution of such Settlement Agreement and to dismiss this entire civil lawsuit, with prejudice as to his individual claims and without prejudice as to the alleged class action claims.

WHEREAS, Saba has not moved for class certification, a class has not been certified by the Court, the Settlement Agreement binds only the individual plaintiff Saba, and the Settlement Agreement does not resolve the claims, issues, or defenses of a certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a ***certified*** class") (emphasis added); *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)* ("The new rule requires [court] approval only if the claims, issues or defenses of a ***certified*** class are resolved by . . . voluntary dismissal.") (emphasis added).

For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal with prejudice of Saba's

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     CASE NO. CV 12 2578 JSW
JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

DB2/ 23625767.2

individual claims and the dismissal without prejudice of the alleged class action claims and request that the Court terminate all proceedings in this action.

The Parties shall bear their own costs and fees associated with this action and the dismissal.

IT IS SO STIPULATED.

January 7, 2013
~~December 7, 2012~~

MINAMI TAMAKI LLP

By: _____
Kevin R. Allen
Attorneys for Plaintiff
FADI SABA

January 14, 2013
~~December ___, 2012~~

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY
ALISON B. WILLARD

By: _____
Eric Meckley
Attorneys for Defendant
UNISYS CORPORATION

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**

This action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii). Plaintiff Saba's individual claims are dismissed with prejudice, and the claims of the putative class members are dismissed without prejudice. Saba has not moved for class certification, a class has not been certified by the Court, the Settlement Agreement binds only the individual plaintiff Saba, and the Settlement Agreement does not resolve the claims, issues, or defenses of a certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e); *see also Advisory Committee Notes*

1  *on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1).* The Court hereby terminates all
2  proceedings in this action. The Parties shall bear their own costs and fees associated with this
3  action and the dismissal.

5  Dated: January 15, 2013

   /s/ Jeffrey S. White
   Jeffrey S. White
   United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23625767.2                                3                     CASE NO. CV 12 2578 JSW
             JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER